AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
July 07, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____APV_____
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Hollie Faye Daniell<br><br>*Defendant(s)* | Case No. EP: 25-M-3846-MAT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 29, 2025__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 842 (a)(1) | Possession with intent to distribute 103.5 gross grams of fentanyl |
| Title 21 USC 846 | Conspiracy to possess and distribute 103.5 gross grams of fentanyl |

This criminal complaint is based on these facts:
See attached affidavit, which is marked "Attachment A"

☑ Continued on the attached sheet.

_____
Complainant's signature

Gilbert A. Nungaray, DEA Special Agent
*Printed name and title*

Sworn to ~~before me and signed in my presence.~~ telephonically

Date: 07/07/2025 at 11:45 a.m.

_____
Judge's signature

City and state: El Paso, Texas

Miguel A. Torres  U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT "A"

On May 29, 2025, at approximately 2:41 a.m., Drug Enforcement Administration (DEA) Agents Gilbert Angelo Nungaray, Antonio Allen and Pablo Pinera, were contacted by Customs and Border Protection (CBP) Officer Steven Mendoza. CBP Officer Mendoza observed an active computer generated alert placed by DEA agent Nungaray on Hollie Faye DANIELL tied to a narcotics investigation.

At approximately 3:32 a.m., DEA Agents arrived at the Ysleta Port of Entry (POE) and found DANIELL in a private room. Agents read DANIELL her rights via DEA Form 13 "Advisement of Rights" to which DANIELL signed the form indicating she understood her rights. DANIELL informed agents that she was willing to speak with agents without an attorney present.

DANIELL informed agents that she had entered Ciudad Juarez, Chihuahua, Mexico for the purpose of crossing over fentanyl and methamphetamine under the direction of a person known only as "Blessed". Agent Nungaray requested permission to examine DANIELL's cellular phone to which DANIELL gave written consent on DEA Form 88. Agents discovered messages on DANIELL's phone confirming that DANIELL was to return to the United States with fentanyl and would then be picked up by "Blessed" at the intersection of Zaragoza and Highway 375. DANIELL advised that she crossed with approximately 500 pills of fentanyl pills. DANIELL was able to produce the pills and subsequently turned over the evidence to DEA Special Agent Nungaray. Agent Nungaray processed the pills which field tested positive for the attributes of fentanyl and weighed approximately 103.5 gross grams.

Special Agent Nungaray contacted Assistant United States Attorney John Johnston to notify him of the results of the events and drugs found. AUSA Johnston agreed to defer charges in order to further the on-going investigation.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation. I state that the following information is based on information provided to me by other agents, and it is true and correct to the best of my knowledge and belief.

_____
Gilbert A. Nungaray DEA Special Agent
915-892-4733