FILED
August 06, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: ___DT___
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | **Case No: EP:25-CR-01911-DCG** |
| Plaintiff, | § § | **I N D I C T M E N T** |
| v. | § § | **CT 1:** 21:963-Conspiracy to Import a Controlled Substance; and |
| HOLLIE FAYE DANIELL, | § § § | **CT 2:** 21:952(a)-Importation of a Controlled Substance. |
| Defendant. | § § § | |

THE GRAND JURY CHARGES:

## COUNT ONE

That on or about May 29, 2025, in the Western District of Texas, Defendant,

**HOLLIE FAYE DANIELL,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (otherwise known as fentanyl), a Schedule II Controlled Substance, into the United States from Mexico, contrary to Title 21, United States Code, Sections 952(a) and 960(a)(1) and the quantity of the mixture or substance containing a detectable amount of fentanyl involved in the conspiracy and attributable to the Defendant as a result of the Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to the Defendant is 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, all in violation of Title 21, United States Code, Sections 963, 952(a), 960(a)(1) and 960(b)(2)(F).

## COUNT TWO

That on or about May 29, 2025, in the Western District of Texas, Defendant,

**HOLLIE FAYE DANIELL,**

did knowingly and intentionally import into the United States from Mexico a controlled substance, which offense involved 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (otherwise known as fentanyl), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(2)(F).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: 
Assistant U.S. Attorney